**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:00-cr-00170-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| RUSSELL MCGREGOR, | ) | |
| Defendant. | ) | |

The court has considered the defendant's motion for early termination of supervised release. The record reflects that the defendant is currently on supervised release through December 31, 2021. The defendant was convicted of two counts: (1) conspiracy to possess with intent to manufacture, to manufacture and possess with intent to distribute methamphetamine; aiding and abetting; and (2) manufacture of methamphetamine; aiding and abetting, and was adjudicated a career offender. Defendant also violated the terms and conditions of his supervised release in 2017. Therefore, the defendant does not meet the criteria set forth in 18 U.S.C. § 3583(e)(1), and the defendant has failed to demonstrate any extraordinary circumstances that would justify termination of supervised release with the court at this time. This order will

1

not preclude the defendant from reapplying for early termination of his supervised release after he has completed a term of five years of supervised release in December, 2020. Accordingly, defendant's motion for early termination of supervised release (ECF No. 75) is DENIED without prejudice.

**IT IS SO ORDERED.**

DATED: This 10th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE